JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUARDIAN ARMS PACIFIC, LP, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia corporation; and DOES 1 through 55,<br><br>Defendant. | Case No. 2:17-cv-2887 AB (ASx)<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL |

Pursuant to the stipulation between the parties,

IT IS HEREBY ORDERED that the above-captioned Action is DISMISSED.

**PURSUANT TO THE STIPULATION IT IS SO ORDERED.**

DATED: <u>January 08, 2019</u>

_____
U.S. District Judge
Central District of California

-1-
**ORDER FOR DISMISSAL;** Case No. 2:17-cv-2887 AB (ASx)